13#2

FILED

APR - 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

1 | KAREN P. HEWITT
United States Attorney
2 | CARLA J. BRESSLER
Assistant United States Attorney
3 | California State Bar No. 134886
United States Attorney's Office
4 | Federal Office Building
880 Front Street, Room 6293
5 | San Diego, California 92101
Telephone: (619) 557-6763
6 |
Attorneys for Plaintiff
7 | UNITED STATES OF AMERICA

8

9 |                    UNITED STATES DISTRICT COURT

10 |             SOUTHERN DISTRICT OF CALIFORNIA    08cr 1080-JAH

11 | UNITED STATES OF AMERICA,        )    Magistrate Case No. 08MJ0898
                                     )
12 |                    Plaintiff,   )
                                     )    **STIPULATION OF FACT AND JOINT**
13 |            v.                    )    **MOTION FOR RELEASE OF**
                                     )    **MATERIAL WITNESS(ES) AND**
14 | JAMES MICHAEL MOONEYHAM (2),     )    **ORDER THEREON**
                                     )
15 |                    Defendant.   )
                                     )    **(Pre-Indictment Fast-Track Program)**
16 | _____)

17 |      **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

18 | OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and

19 | Carla    J.    Bressler,    Assistant    United    States    Attorney,    and    defendant

20 | JAMES MICHAEL MOONEYHAM, by and through and with the advice and consent of defense

21 | counsel, Linda Lopez, Federal Defenders of San Diego, Inc., that:

22 |      1.      Defendant agrees to execute this stipulation on or before the first preliminary hearing

23 | date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

24 | intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

25 | guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

26 | of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C.

27 | § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.

28 | //

CJB:es:3/25/08

2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government not later than five business days before the disposition date set by the Court.

3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before April 23, 2008.

4.    The material witness, Maria Elena Antonio-Hernandez, in this case:

a.    Is an alien with no lawful right to enter or remain in the United States;

b.    Entered or attempted to enter the United States illegally on or about March 22, 2008;

c.    Was found in a vehicle driven by codefendant, SHANE ALAN CALHOUN, with JAMES MICHAEL MOONEYHAM as the passenger, at the Otay Mesa, California Port of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that she was an alien with no lawful right to enter or remain in the United States;

d.    Was having others pay on her behalf $3,400 to others to be brought into the United States illegally and/or transported illegally to her destination therein; and,

e.    May be released and remanded immediately to the Department of Homeland Security for return to her country of origin.

5.    After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

a.    The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

b.    The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. James Michael Mooneyham (2)          2          08MJ0898

1    testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements

2    against interest of (an) unavailable witness(es); and,

3         c.    Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

4    "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

5    and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

6    waives the right to confront and cross-examine the material witness(es) in this case.

7         6.    By signing this stipulation and joint motion, defendant certifies that defendant has

8    read it (or that it has been read to defendant in defendant's native language). Defendant certifies

9    further that defendant has discussed the terms of this stipulation and joint motion with defense

10   counsel and fully understands its meaning and effect.

11        Based on the foregoing, the parties jointly move the stipulation into evidence and for the

12   immediate release and remand of the above-named material witness(es) to the Department of

13   Homeland Security for return to her country of origin.

14        It is STIPULATED AND AGREED this date.

15                                    Respectfully submitted,

16                                    KAREN P. HEWITT
                                     United States Attorney

17

18   Dated: 2/8/08

19                                    CARLA J. BRESSLER
                                     Assistant United States Attorney

20

21   Dated: 4/7/08

22                                    LINDA LOPEZ
                                     Defense Counsel for Mooneyham

23

24   Dated: 4/7/08                    James Mooneyham

25                                    JAMES MICHAEL MOONEYHAM
                                     Defendant

26

27

28
     Stipulation of Fact and Joint Motion for Release of
     Material Witness(es) And Order Thereon in
     United States v. James Michael Mooneyham (2)          3                    08MJ0898

1

**O R D E R**

2    Upon joint application and motion of the parties, and for good cause shown,

3    **THE STIPULATION** is admitted into evidence, and,

4    **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5    forthwith to the Department of Homeland Security for return to her country of origin.

6    **SO ORDERED.**

7

8    Dated: ___4/8/08___.

9                                                      United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. James Michael Mooneyham (2)              4                              08MJ0898